UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOWELL LAGUERRE, | ) | 3:10-CV-0452-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 18, 2010 |
| | ) | |
| NEVADA SYSTEM OF HIGHER EDUCATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion to stay discovery pending the court's order on the defendants' motion to dismiss the first amended complaint (#9) is **GRANTED**. If the motion to dismiss is denied, the parties shall file a discovery plan and scheduling order thirty (30) days following the ruling on the motion to dismiss.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:          /s/
            Deputy Clerk